UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Abdirahman A., | File No. 19-cv-3172 (ECT/KMM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT** |
| DHS-ICE Chief Counsel, Attorney General, and Sherburne County Sheriff | **AND RECOMMENDATION** |
| Respondents. | |

---

Magistrate Judge Katherine Menendez issued a Report and Recommendation on April 22, 2020. ECF No. 19. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 19] is **ACCEPTED**;

2. Petitioner's Emergency Motion [ECF No. 17] is **DENIED**.


Dated: May 12, 2020          s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court