UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Abdirahman D. A., | File No. 19-cv-3172 (ECT/KMM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT** |
| DHS-ICE Chief Counsel, Attorney General, and Sherburne County Sheriff, | **AND RECOMMENDATION** |
| Respondents. | |

---

This matter is before the Court on the October 1, 2020 Report and Recommendation of United States Magistrate Judge Katherine Menendez. ECF No. 31. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 31] is **ACCEPTED**;

2. Petitioner Abdirahman D. A.'s Motion for Custody Re-Determination [ECF No. 21] is **DENIED AS MOOT**;

3. Petitioner Abdirahman D. A.'s Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

3. The action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 16, 2020          s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court